UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK JORGE, on his own behalf
and others similarly situated,

      Plaintiff,

v.                                             Case No. 8:07-cv-1191-T-24 MSS

SUNNYSIDE APARTMENTS, INC.,
a Florida corporation, and ELVIS RAMON,
individually,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court on the parties' Notice of Settlement (Doc. No. 10), in which the parties inform the Court that this Fair Labor Standards Act case has settled. The Court reminds the parties that in order for the case to be settled, Plaintiff must submit the settlement agreement and file a motion to approve the settlement. See Lynn's Food Stores, Inc. v. U.S. by and through U.S. Department of Labor, 679 F.2d 1350 (11th Cir. 1982). As such, Plaintiff is directed to file the settlement agreement and a motion to approve the settlement by May 23, 2008.

      **DONE AND ORDERED** at Tampa, Florida, this 9th day of May, 2008.

Copies to: Counsel of Record

                                                SUSAN C. BUCKLEW
                                                United States District Judge