UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK JORGE, on his own behalf
and others similarly situated,

      Plaintiff,

v.                                      Case No.  8:07-cv-1191-T-24 MSS

SUNNYSIDE APARTMENTS, INC.,
a Florida corporation, and ELVIS RAMON,
individually,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. No. 18).  In this stipulation, the parties state that they have agreed to the dismissal of this action with prejudice, based on the settlement agreement that they have submitted to the Court.  The parties further request that the Court retain jurisdiction over this action and the settlement thereof.  Having reviewed the terms of the settlement agreement and upon due consideration of the stipulation and the record in this case, the Court finds that the settlement agreement in this case is a fair and reasonable resolution of bona fide dispute over Fair Labor Standards Act provisions.  The Court hereby dismisses this action with prejudice, and notes that it declines to retain jurisdiction over this action.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of May, 2008.

Copies to: Counsel of Record

SUSAN C. BUCKLEW
United States District Judge